UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* SMSF, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BIOGEN, INC., INVENTIV HEALTH, INC., and ASHFIELD HEALTHCARE, LLC, <br><br> Defendants. | No. 1:16-cv-11379-IT |

## UNITED STATES' MOTION TO DISMISS

Pursuant to 31 U.S.C. § 3730(c)(2)(A), the United States hereby moves to dismiss all claims brought on behalf of the United States by SMSF, LLC under the False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA").[1] As discussed in the accompanying Memorandum of Law in Support of the United States' Motion to Dismiss Relator's First Amended Complaint, the FCA permits the United States to dismiss a *qui tam* action where, as here, further litigation by a relator would result in imposing significant costs and burdens on the government and waste precious judicial and governmental resources. Accordingly, the United States requests that all FCA claims be dismissed with prejudice as to SMSF, LLC, and without prejudice to the United States.

---

[1] Relators have brought claims on behalf of certain Medicaid-participating states under their respective state false claim statutes. Undersigned counsel does not represent the named state plaintiffs; however, Kerry Muldowney Ascher, counsel for the state of Texas and representative of the National Association of Medicaid Fraud Control Units, has represented to the United States that all named state plaintiffs consent to the United States' motion to dismiss so long as it is without prejudice to the states, with the exception of New Jersey, which takes no position on the motion.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        ANDREW E. LELLING
        United States Attorney

Dated: December 17, 2018    By: */s/ Steven Sharobem*
        STEVEN SHAROBEM (BBO #664583)
        Assistant United States Attorney
        John Joseph Moakley Courthouse
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210
        Tel: (617) 748-3355
        steven.sharobem@usdoj.gov

        MICHAEL D. GRANSTON
        COLIN M. HUNTLEY
        MATTHEW R. FEARNSIDE
        Attorneys, Civil Division
        United States Department of Justice
        P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
        202-305-3941
        202-307-3852 (fax)
        Matthew.R.Fearnside@usdoj.gov

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

    I hereby certify that the parties have previously conferred with respect to the relief requested in this motion and have attempted in good faith to resolve or narrow the issue, but were unable to do so.

Dated: December 17, 2018    By: */s/ Steven Sharobem*
        Steven Sharobem
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I certify that I caused this document filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

Dated: December 17, 2018      By:   */s/ Steven Sharobem*
                                                      Steven Sharobem
                                                      Assistant United States Attorney